**Order entered February 1, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01261-CV

**BLAKE SMITH, M.D., BAYLOR SCOTT & WHITE HEALTH SYSTEM, BAYLOR REGIONAL MEDICAL CENTER AT GRAPEVINE, TEXAS HEART HOSPITAL OF THE SOUTHWEST LLP D/B/A THE HEART HOSPITAL BAYLOR PLANO AND RICHARD FEINGOLD, D.O., Appellants**

**V.**

**HARRY JOHNSON AND LYNN JOHNSON, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-01488**

## ORDER

Before the Court is appellees Harry Johnson and Lynn Johnson's January 27, 2017 unopposed motion for extension of time to file a response to the brief of appellants Baylor Scott & White Health System, Baylor Regional Medical Center at Grapevine, Texas Heart Hospital of The Southwest, L.L.P. d/b/a The Heart Hospital Baylor Plano, and Richard Feingold, D.O. Appellees' motion is **GRANTED**. Appellees' response brief shall be filed **FEBRUARY 20, 2017.**

/s/     CRAIG STODDART
        JUSTICE